**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01218-CR

**ERICH KIRCHMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. WX15-90031-J**

## ORDER

The above appeal from the trial court's order denying habeas corpus relief has been filed. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file, by **OCTOBER 19, 2015**, the clerk's record containing all of the documents related to the application for writ of habeas corpus proceedings. No extensions will be granted.

We **ORDER** Kimberly Xavier, as official court reporter of the Criminal District Court No. 3, to coordinate with the auxiliary court reporter who recorded the extradition hearing and to file, by **OCTOBER 19, 2015**, the reporter's record of that hearing. No extensions will be granted.

We **ORDER** appellant to file his brief by **November 6, 2015**.  We **ORDER** the State to file its brief by **November 23, 2015**.  No extension will be granted.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **December 7, 2015** to a panel consisting of Chief Justice Wright and Justices Lang and Brown.


/s/    LANA MYERS
JUSTICE